FLUSHING NATIONAL BANK IN NEW YORK, Respondent, *v.* LEONARD ABRAMS et al., Defendants, and NATHAN BOSLOW, Appellant.

Submitted April 7, 1947; decided April 18, 1947.

*M. Edward Katz* for appellant.

*Harold R. Zeamans* and *Milton Haas* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.